UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM TROY COX, SR. | CIVIL ACTION |
| VERSUS | |
| ENVIRONMENTAL ANALYTICS, INC. | NUMBER 09-237-DLD |

### **JUDGMENT**

This matter came for trial by jury beginning August 10, 2010.  Present in court were Jean-Paul Robert, Sr. and Joseph J. Long on behalf of plaintiff and Joseph P. Brantley, IV, Samuel Bradley Rhorer, and Julie J. Baxter on behalf of defendant.  The case having been duly tried by a jury, and on the basis of the verdict returned by the jury on August 12, 2010 (rec. doc. 97);

**IT IS ORDERED** that a final judgment is hereby entered in favor of the defendant and against plaintiff, dismissing all claims against defendant, with prejudice, at plaintiff's costs.  Costs allowed under 28 U.S.C. §1920 shall be taxed by the clerk of court in favor of defendant and against plaintiff in accordance with the provisions of LR 54.3M.

Signed in Baton Rouge, Louisiana, on August 18, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**